IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN WYSINCAVAGE, et al.,

        Plaintiffs,

  v.                                        Civil Action 2:16-cv-1063
                                             Judge Michael H. Watson
                                             Magistrate Judge Jolson

CENTRAL OHIO GAMING
VENTURES, LLC, et al.,

        Defendants.

## ORDER

This matter is before the Court on Defendants' Unopposed Motion for Leave to File Exhibits Under Seal.  (Doc. 42).  According to the Motion, "[t]he documents and transcript portions that Defendants seek to file under seal contain sensitive and proprietary business, commercial, and financial information . . . and should not be disseminated to the public at large." (*Id.* at 3).  Defendants also argued the information they seek to file under seal is narrowly tailored, as they only wish to file under seal "three exhibits and eleven lines of deposition transcript."  (*Id.* at 4).  Defendants submitted unredacted copies of the documents they seek to file under seal to the undersigned for *in camera* inspection.

Following review, the undersigned believes the Motion properly demonstrates a compelling reason for filing under seal and is narrowly tailored to serve that reason.  *See Blasi v. United Debt Servs., LLC*, No. 2:14-CV-83, 2016 WL 3765539, at *1 (S.D. Ohio July 14, 2016) (noting that a proper motion to seal must "demonstrate[] a compelling reason for filing under seal, . . . must be narrowly tailored to serve that reason," and must "analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations").  Accordingly, for

good cause shown, Defendants' Motion for Leave to File Exhibits Under Seal (Doc. 42) is **GRANTED.**

    IT IS SO ORDERED.


Date: April 5, 2017                                    /s/ Kimberly A. Jolson
                                                            KIMBERLY A. JOLSON
                                                            UNITED STATES MAGISTRATE JUDGE