IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN WYSINCAVAGE, et al.,

    **Plaintiffs,**

  v.                                          Civil Action 2:16-cv-1063
                                                Judge Michael H. Watson
                                                Magistrate Judge Jolson

**CENTRAL OHIO GAMING
VENTURES, LLC, et al.,**

    **Defendants.**

## ORDER

Pursuant to the Court's May 8, 2018 Order (Doc. 75), the parties filed a joint status report on May 24, 2018, regarding their progress toward extrajudicial resolution. (Doc. 76). In the report, the parties state that they have reached a settlement in principle and are in the process of drafting a settlement agreement. (*Id.* at 2). Accordingly, the parties seek an extension of the stay in this case until June 20, 2018. (*Id.*). For good cause shown, the Motion is **GRANTED.** Consequently, the stay is extended through June 20, 2018. The parties are **DIRECTED** to file the appropriate settlement documents, or if necessary, another joint status report, by June 20, 2018.

    IT IS SO ORDERED.


Date: May 25, 2018                                      /s/ Kimberly A. Jolson
                                                          KIMBERLY A. JOLSON
                                                          UNITED STATES MAGISTRATE JUDGE